IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :
                                                :       CASE NO.
Ballistic Research, Inc.,                       :
                                                :       CHAPTER 11
            Debtor.                             :

**CORPORATE RESOLUTION**

The President of Ballistic Research, Inc. has adopted the following resolution:

WHEREAS, it is in the best interest of Ballistic Research, Inc. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Roy Tucker as an authorized representative of Ballistic Research, Inc. is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of Ballistic Research, Inc.; and

Be It Further Resolved that Roy Rucker is authorized and directed to appear in all bankruptcy proceedings on behalf of Ballistic Research, Inc., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Ballistic Research, Inc. in connection with such bankruptcy case;

Be It Further Resolved that Roy Tucker is authorized and directed to employ Martha A. Miller, attorney, and the law firm of Schulten Ward & Turner to represent Ballistic Research, Inc. in such bankruptcy case; and

Roy Tucker is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions.

Dated: This _3rd_ day of August, 2015.

Ballistic Research, Inc.

By: _____
Printed Name: Wayne F. Orr
Title:   President